### NEW v. THE STATE.

FISH, C. J.  The evidence against the accused was entirely circumstantial, and at most authorized a mere suspicion of his guilt; whereas to warrant a conviction the evidence should have been sufficient to exclude every reasonable hypothesis save that of his guilt.  The court, therefore, erred in refusing a new trial.  *Judgment reversed.  All the Justices concur.*

Submitted October 18,—Decided November 10, 1905.

Indictment for malicious mischief.  Before Judge Hodnett. City court of Carrollton.  September 16, 1905.

*Hamrick & Smith,* for plaintiff in error.
*C. E. Roop, solicitor,* by *W. F. Brown,* contra.